JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CAROLYN WILSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; FOX ENTERTAINMENT GROUP, INC. LONG TERM DISABILITY PLAN; and DOES 1 to 10, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-cv-05119 AB (Ex)<br><br>(~~PROPOSED~~) **ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed as to all parties, with prejudice, and in its entirety. Each party is to bear their own attorneys' fees and costs.

DATED: October 31, 2017　　_____
　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE